PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Mark Patterson</u>  Case Number: <u>3:03-00049</u>

Name of Sentencing Judicial Officer: <u>Honorable John T. Nixon, Senior U.S. District Judge</u>

Date of Original Sentence: <u>April 19, 2004</u>

Original Offense: <u>Possession of Stolen Firearms</u>

Original Sentence: <u>96 months' custody, followed by 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>February 5, 2013</u>

Assistant U.S. Attorney: <u>Philip Wehby</u>   Defense Attorney: <u>Cynthia M. Fort</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 25th day of February, 2013, and made a part of the records in the above case.

Honorable John T. Nixon
Senior U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

Lisa A. Capps
Sr. U.S. Probation Officer

Place: Columbia, Tennessee

Date: February 21, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

**1.**    **The defendant shall refrain from any unlawful use of a controlled substance:**

On February 13, 2013, Mr. Patterson submitted a urine sample at the probation office, which tested positive for cocaine. Mr. Patterson admitted that he had used cocaine prior to the test.

**Compliance with Supervision Conditions and Prior Interventions:**

Mark Patterson is a resident of Davidson County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since February 5, 2013. He is employed with Bolton Enterprises, Nashville, Tennessee. The probation officer completes frequent surprise home visits at the offender's residence. Mr. Patterson was placed in Phase 1 for urine screens in the Code-a-Phone program. On February 8, 2013, Mr. Patterson was referred to Centerstone, Madison, Tennessee, for a substance abuse intake assessment to determine his need for drug treatment.

Mr. Patterson called this officer on the evening of February 12, 2013, to advise that his phase for urine testing had been called for February 13, 2013, and he would need to submit a urine screen. He stated that it would be positive for cocaine. When questioned, Mr. Patterson indicated that he had used cocaine on Sunday with a female friend. This probation officer issued a verbal reprimand to Mr. Patterson for violating his conditions of supervised release by using illegal drugs. Mr. Patterson was re-instructed as to all his conditions, and specifically instructed not to possess or use illegal substances. Mr. Patterson understands that any future illegal drug use will most likely result in a request for a summons and a recommendation for revocation. Mr. Patterson is being drug tested at the highest level and will be placed in substance abuse counseling as recommended by Centerstone.

**U.S. Probation Officer Recommendation:**

At this time, the probation officer is requesting that no additional action be taken by the Court. It is recommended Mr. Patterson continue on supervised release, and be given the opportunity to participate in substance abuse counseling. He will also undergo increased monitoring by the probation officer. Any additional violations will be reported to the Court in a timely manner.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Kenneth Parham
Supervisory U.S. Probation Officer